**Roger D. CLAUSEN, Respondent,**

v.

**DOTSON COMPANY and American Mutual Liability Insurance Co./Minnesota Insurance Guaranty Association, Relators,**

v.

**CONTINENTAL MACHINES, INC. and Reliance Insurance Company, Relators. Considered and decided by the court en banc.**

**No. C9–98–131.**

Supreme Court of Minnesota.

April 1, 1998.

Paul Robert Smith, Minneapolis, for Relators Dotson Company and American Mutual Liability Ins. Co.

John T. Thul, Minneapolis, for Relators Continental Machines, Inc. and Reliance Ins. Co.

James W. Buckley, James W. Buckley & Associates, Minneapolis, for respondent.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of

Appeals filed December 19, 1997, be, and the same is, affirmed without opinion. *See* Minnesota Rules of Civil Appellate Procedure 136.01, subdivision 1(b).

Employee is awarded $400 in attorney fees.

BY THE COURT:

/s/ K.A. Blatz

K.A. Blatz

Chief Justice